1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD MONTGOMERY,                      No.  2:16-cv-434-EFB P

12                    Petitioner,

13         v.                                 ORDER

14    V. STULL, et al.,

15                    Respondents.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  His application attacks a conviction issued by the San

19   Bernardino County Superior Court.  While both this court and the United States District Court in

20   the district where petitioner was convicted have jurisdiction, *see Braden v. 30th Judicial Circuit*

21   *Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of

22   petitioner's application are more readily available in San Bernardino County.  *Id.* at 499 n.15; 28

23   U.S.C. § 2241(d).

24        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25   transferred to the United States District Court for the Central District of California.

26   DATED:  March 2, 2016.

27

28                                            EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE