JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MONTGOMERY,<br><br>    Petitioner,<br><br>    v.<br><br>V. STULL, et al.,<br><br>    Respondents. | Case No. ED CV 16-0412 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

DATED: April 14, 2016

                                    HON. ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE